Konstantynovska v Friendly Home Care, Inc. (2025 NY Slip Op 05070)

Konstantynovska v Friendly Home Care, Inc.

2025 NY Slip Op 05070

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
VALERIE BRATHWAITE NELSON
HELEN VOUTSINAS
CARL J. LANDICINO, JJ.

2023-02196
 (Index No. 523015/17)

[*1]Lyudmyla Konstantynovska, etc., respondent,
v
Friendly Home Care, Inc., appellant.

Lichtman Law Firm, Pound Ridge, NY (Jonathan M. Bardavid of counsel), for appellant.
Virginia & Ambinder, LLP, New York, NY (LaDonna M. Lusher and Jenny S. Brejt of counsel), for respondent.

DECISION & ORDER
In a putative class action, inter alia, to recover damages for violations of Labor Law article 19, the defendant appeals from an order of the Supreme Court, Kings County (Wavny Toussaint, J.), dated February 15, 2023. The order denied the defendant's motion to compel certain class members to arbitrate their causes of action and, in effect, to stay the class action as it pertains to those class members.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The relief sought on this appeal has been rendered academic by reason of our determination in a related appeal (see Konstantynovska v Friendly Home Care, Inc., _____ AD3d _____ [Appellate Division Docket No. 2022-02946; decided herewith]). Accordingly, this appeal must be dismissed as academic.
IANNACCI, J.P., BRATHWAITE NELSON, VOUTSINAS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court